AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FOR THE JUDICIAL _____ DISTRICT OF __PUERTO RICO__

UNITED STATES OF AMERICA
V.

ELVIS APOLINAR-SEGURO

## WARRANT FOR ARREST

CASE NUMBER: CR. NO. 98-147 (HL)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ELVIS APOLINAR-SEGURO___
Cond. Madrid Plaza, Bldg. A, Apt. 605, Calle General Valero, Rio Piedras, P.R.
Tel. 751-8800
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Order to Show Cause as to why defendant's supervised release should not be revoked.

The Order to Show Cause shall be held on October 1, 1998 at 11:00 A.M. before

Hon. Hector M. Laffitte.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| HON. HECTOR M. LAFFITTE | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| Minerva Figueroa, Deputy Clerk | September 8, 1998 at Hato Rey, P.R. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___NO BAIL___   by _____

Certified to be a true and exact copy of the original.
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date: _____

| DATE RECEIVED 9/10/98 | NAME AND TITLE OF ARRESTING OFFICER EXECUTED FOR USMS BY JESUS GONZALEZ | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/20/00 | | |